**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jane and John Doe, Respondents,

v.

Justice Mitchell, Jerry Wilder, and South Carolina Department of Social Services, Defendants,

Of whom Justice Mitchell is the Appellant

and

Jerry Wilder and South Carolina Department of Social Services are Respondents.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000170

———————————

Appeal From Richland County
Gwendlyne Y. Jones, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-339
Submitted September 23, 2024 – Filed October 3, 2024

———————————

**AFFIRMED**

———————————

Adam Sinclair Ruffin, of Ruffin Law Firm, LLC, of Columbia, for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group LLC, of Spartanburg, for Respondents Jane and John Doe.

Nicholas Jordan Sharpe, of Ashby Jones and Associates LLC, of Lexington; and Andrew Troy Potter, of Anderson, both for Respondent South Carolina Department of Social Services.

Jerry Wilder, of Columbia, pro se.

Cecelia Ann Clark-Donato, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Justice Mitchell appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Mitchell's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.